FRANCIS H. LEGGETT et al., Respondents, *v.* WALTER RADFORD, Appellant.

*Leggett* v. *Radford*, 3 App. Div. 619, affirmed.
(Argued March 10, 1899; decided March 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 18, 1896, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*John F. Brennan* for appellant.

*James M. Hunt* for respondents.

Judgment affirmed, with costs; no opinion. All concur.

---

THE NORTH BRITISH AND MERCANTILE INSURANCE COMPANY of London and Edinburgh, Appellant, *v.* THE CENTRAL VERMONT RAILROAD COMPANY et al., Respondents.

*North British & Mer. Ins. Co.* v. *C. V. R. R. Co.*, 9 App. Div. 4, affirmed.
(Argued March 10, 1899; decided March 24, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered September 22, 1896, affirming a judgment in favor of the defendants entered upon the report of a referee.

*Lawrence Russell* for appellant.

*Louis Hasbrouck* for respondents.

Judgment and order affirmed, with costs; no opinion. All concur.